to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE CUNEO EASTERN PRESS, INC., Appellant, v. BARNETT ASTROWSKY and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORRIS GERBER, Appellant, v. GUSSIE GERBER, Respondent.— Motion for stay denied. Present —. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels Nos. 192 and 195 on the Damage Map, etc., in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, etc. PAULINE S. SPARROW, Appellant; HARRIET M. ELLIS, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels Nos. 192 and 195 on the Damage Map, etc., in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, etc. PAULINE S. SPARROW, Appellant; HARRIET M. ELLIS, Respondent.— Motion granted and time extended to October term. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HONOUR B. GELSON, Appellant, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, and as Custodian of the Teachers' Retirement Fund, and THE TEACHERS' RETIREMENT BOARD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LYMAN DENISON, Appellant, to Revoke Letters of Administration Issued to SARAH MAHONEY, on the Goods, Chattels and Credits of ELIZABETH KOCZEWSKY, Deceased. SARAH MAHONEY, as Administratrix, etc., Respondent.— This court dispenses with the printing of Exhibits Nos. 11, 12, 13, 14, 15, 16, 29, 30, 31, 32, 34, 35, 36, 37, 44, 45, 46, 47, 48, 49, 50, 51 and 52, the originals of which may be produced upon the argument. The marriage, baptismal and death certificates, the certificate of the board of health and the records of the Bank for Savings need not be printed in full, but the record should contain a statement of their contents. This may be stipulated by counsel. Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JOHN ROTH, Respondent, against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LOUISE SCHUSTER, Respondent, for a Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE RONAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LOUISE SCHUSTER, Respondent, for a